

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-18-00545-CR

Sarah Michelle **MORFIN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR2222
Honorable Raymond Angelini, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice

Delivered and Filed:  August 15, 2018

DISMISSED

Appellant has filed a motion to dismiss this appeal and has requested expedited issuance of the mandate. The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.2(a). We order the clerk of the court to immediately issue the mandate. *See* TEX. R. APP. P. 18.1(C).

PER CURIAM

DO NOT PUBLISH